Lawrence J. Warfield
PO Box 3350
Carefree, AZ 85377

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | § | Case No. 0:17-BK-09508-PS |
| | § | |
| JACK LAVERNE FALLS | § | |
| DELORES JOAN FALLS | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter <u>7</u> of the United States Bankruptcy Code was filed on <u>08/15/2017</u>. The undersigned trustee was appointed on <u>08/15/2017</u>.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                                    $57,000.00

    Funds were disbursed in the following amounts:

    | | |
    |---|---|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $28,795.94 |
    | Bank service fees | $0.00 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $28,204.06 |

    The remaining funds are available for distribution.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011)

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was <u>07/17/2018</u> and the deadline for filing government claims was <u>07/17/2018</u>. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is <u>$5,557.38</u>. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received <u>$0.00</u> as interim compensation and now requests the sum of <u>$5,497.38</u>, for a total compensation of <u>$5,497.38</u>[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of <u>$0.00</u>, and now requests reimbursement for expenses of <u>$259.14,</u> for total expenses of <u>$259.14</u>.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: <u>05/16/2019</u>                    By:    <u>/s/ Lawrence J. Warfield</u>
                                                              Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011)

| Case No.: | 17-09508-YUM PS | | Trustee Name: | Lawrence J. Warfield |
| Case Name: | FALLS, JACK LAVERNE AND FALLS, DELORES JOAN | | Date Filed (f) or Converted (c): | 08/15/2017 (f) |
| For the Period Ending: | 5/16/2019 | | §341(a) Meeting Date: | 09/18/2017 |
| | | | Claims Bar Date: | 07/17/2018 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | | |
| 1 | 2004 Chevrolet Avalance  150K MILES - Kelley Blue Book Private Party Value in Good Condition | $6,253.00 | $0.00 | | $0.00 | FA |
| 2 | 2004 Kawasaki Vulcan VN2000 N/A MILES -NADA Guides Average Retail Value | $4,115.00 | $0.00 | | $0.00 | FA |
| 3 | 2012 Toyota Camry  77K MILES - Kelley Blue Book Private Party Value in Good Condition | $10,662.00 | $0.00 | | $0.00 | FA |
| 4 | Miscellaneous Household Goods & Furnishings | $2,000.00 | $0.00 | | $0.00 | FA |
| 5 | Miscellaneous Small Consumer Electronics | $1,500.00 | $0.00 | | $0.00 | FA |
| 6 | Computers | $1,000.00 | $0.00 | | $0.00 | FA |
| 7 | Miscellaneous Clothing | $1,000.00 | $0.00 | | $0.00 | FA |
| 8 | 2 Dogs | $50.00 | $0.00 | | $0.00 | FA |
| 9 | Checking Account (#8632) US Bank | $20.00 | $0.00 | | $0.00 | FA |
| 10 | Pension Dept. of Veterans Affairs - Gross Monthly Benefit: $1,961.00 | $0.00 | $0.00 | | $0.00 | FA |
| 11 | Rental Security Deposit Lawrence W. Haley (Landlord) | $1,875.00 | $0.00 | | $0.00 | FA |
| 12 | Approximately 62.19% of Potential 2017 Tax refunds, including refundable tax credits. (The value scheduled here is an estimate based on past years and current circumstances.) - Debtors not required to file Federal or State Income Taxes Federal and State | $0.00 | $0.00 | | $0.00 | FA |
| 13 | Geico - Vehicle Insurance N/A | $0.00 | $0.00 | | $0.00 | FA |
| 14 | Humana - Health/Dental/Vision Insurance N/A | $0.00 | $0.00 | | $0.00 | FA |
| 15 | PERSONAL INJURY SETTLEMENT                    (u) | $0.00 | $57,000.00 | | $57,000.00 | FA |

Asset Notes:    Motion - dkt 53
Order - dkt 58
Report - dkt 60

| Case No.: | 17-09508-YUM PS | Trustee Name: | Lawrence J. Warfield |
| Case Name: | FALLS, JACK LAVERNE AND FALLS, DELORES JOAN | Date Filed (f) or Converted (c): | 08/15/2017 (f) |
| For the Period Ending: | 5/16/2019 | §341(a) Meeting Date: | 09/18/2017 |
| | | Claims Bar Date: | 07/17/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding unknown value) | $28,475.00 | $57,000.00 | | $57,000.00 | $0.00 |

**Major Activities affecting case closing:**

| | |
|---|---|
| 12/01/2099 | reopen fee due |
| 05/10/2019 | Trustee Report Of Settlement Payment filed by TERRY A. DAKE of TERRY A. DAKE, LTD. on behalf of LAWRENCE J. WARFIELD (related document(s)[58] Order on Motion to Approve Compromise/Settlement).(DAKE, TERRY) |

Case Name:     JACK LA VERNE FALLS and DELORES JOAN FALLS
Case Number:   0:17-bk-09508-PS

Document Number:   60

Docket Text:

| 05/10/2019 | Ready for TFR |
| 03/20/2019 | ECF Notice of change of address of debtors - TES updated - ALJ |

----------
Case Name:     JACK LA VERNE FALLS and DELORES JOAN FALLS
Case Number:   0:17-bk-09508-PS

Document Number:   59

Docket Text:

Change of Address FOR DEBTORS filed by KENNETH L NEELEY of NEELEY LAW FIRM, PLC on behalf of DELORES JOAN FALLS, JACK LA VERNE FALLS. (NEELEY, KENNETH)

| 01/04/2019 | ORDER Granting Motion to Approve Compromise/Settlement (Related Doc # [53]) signed on 1/3/2019 . (Colasont, Kayla) |
| | Document Number:   58 |
| 12/07/2018 | Motion to Approve Compromise/Settlement filed by TERRY A. DAKE of TERRY A. DAKE, LTD. on behalf of LAWRENCE J. WARFIELD. (DAKE, TERRY) |
| | Document Number:   53 |
| 12/05/2018 | TERRY DAKE PURSUING PERSONAL INJURY MATTER |
| 11/01/2018 | Terry Dake Handling PERSONAL INJURY MATTER |
| 09/02/2018 | Terry Dake handling PI CASE |

| Case No.: | 17-09508-YUM PS | | | Trustee Name: | Lawrence J. Warfield |
|---|---|---|---|---|---|
| Case Name: | FALLS, JACK LAVERNE AND FALLS, DELORES JOAN | | | Date Filed (f) or Converted (c): | 08/15/2017 (f) |
| For the Period Ending: | 5/16/2019 | | | §341(a) Meeting Date: | 09/18/2017 |
| | | | | Claims Bar Date: | 07/17/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| | |
|---|---|
| 07/01/2018 | Terry Dake Handling PERSONAL INJURY matter |
| 05/01/2018 | Terry Dake handling PI Matter |
| 04/14/2018 | ORDER Reopening Bankruptcy Case signed on 4/13/2018 (related document(s)[35] Trustee Withdrawal of Report of No Distribution) . (Kelly, Margaret) |
| | Document Number:   39 |
| 04/14/2018 | REQUEST TO SET CLAIMS BAR DATE FILED - alj |
| 04/14/2018 | Trustee is administering Assets in Case |
| 12/05/2017 | #34 - 12/05/2017 - The estate having been fully administered, further administration of the reopened case having been completed, or the case reopened for the filing of further proceedings which either have been filed and no further court action is required or were not filed within 90 days of the reopening; IT IS ORDERED that the case is closed and if a trustee has been appointed, the trustee is discharged and relieved of his trust. Jurisdiction is retained over any pending adversary(s). Judge Paul Sala (Kelly, Margaret) (Entered: 12/05/2017) |
| 10/09/2017 | Motion to Reinstate Case filed by KENNETH L NEELEY of NEELEY LAW FIRM, PLC on behalf of DELORES JOAN FALLS, JACK LA VERNE FALLS. (NEELEY, KENNETH) |
| | Document Number:   28 |
| 10/09/2017 | ORDER Granting Motion to Reinstate Case Both Debtors (Related Doc # [28]) signed on 10/5/2017 . (Medina, Diane) |
| | Document Number:   30 |
| 09/28/2017 | ORDER Dismissing Case Both Debtors signed on 9/28/2017 (related document(s)[17] Deficiency/Warning Notice to Attorney for No Declaration of Electronic Filing) . (Kelly, Margaret) |
| | Case Number:   0:17-bk-09508-PS |
| | |
| | Document Number:   23 |

| | | | | | |
|---|---|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 11/01/2019 | **Current Projected Date Of Final Report (TFR):** | 11/01/2019 | /s/ LAWRENCE J. WARFIELD | |
| | | | | LAWRENCE J. WARFIELD | |

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | | |
|---|---|---|---|---|
| **Case No.** | 17-09508-YUM PS | | **Trustee Name:** | Lawrence J. Warfield |
| **Case Name:** | FALLS, JACK LAVERNE AND FALLS, DELORES JOAN | | **Bank Name:** | Independent Bank |
| **Primary Taxpayer ID #:** | **-***0189 | | **Checking Acct #:** | ******9508 |
| **Co-Debtor Taxpayer ID #:** | **-***0190 | | **Account Title:** | |
| **For Period Beginning:** | 8/15/2017 | | **Blanket bond (per case limit):** | $82,080,307.00 |
| **For Period Ending:** | 5/16/2019 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | Uniform Tran Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | | Deposit $ | Disbursement $ | Balance |
| 05/06/2019 | | Goza & Honnold Ethicon Qualified Settlement | Net settlement proceeds | | * | $28,204.06 | | $28,204.06 |
| | {15} | | | $57,000.00 | 1249-000 | | | $28,204.06 |
| | | | Court Ordered MDL Assessment | $(2,850.00) | 3210-600 | | | $28,204.06 |
| | | | Attorney fees | $(19,462.61) | 3210-000 | | | $28,204.06 |
| | | | Medicare Lien - | $(3,554.85) | 3210-000 | | | $28,204.06 |
| | | | | $(2,928.48) | 3220-000 | | | $28,204.06 |

|  |  |  |  |
|---|---|---|---|
| **TOTALS:** | $28,204.06 | $0.00 | $28,204.06 |
| **Less: Bank transfers/CDs** | $0.00 | $0.00 | |
| **Subtotal** | $28,204.06 | $0.00 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $28,204.06 | $0.00 | |

| For the period of 8/15/2017 to 5/16/2019 | | For the entire history of the account between 05/06/2019 to 5/16/2019 | |
|---|---|---|---|
| Total Compensable Receipts: | $57,000.00 | Total Compensable Receipts: | $57,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $57,000.00 | Total Comp/Non Comp Receipts: | $57,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $28,795.94 | Total Compensable Disbursements: | $28,795.94 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $28,795.94 | Total Comp/Non Comp Disbursements: | $28,795.94 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 17-09508-YUM PS | |
| Case Name: | FALLS, JACK LAVERNE AND FALLS, DELORES JOAN | |
| Primary Taxpayer ID #: | **-***0189 | |
| Co-Debtor Taxpayer ID #: | **-***0190 | |
| For Period Beginning: | 8/15/2017 | |
| For Period Ending: | 5/16/2019 | |

| | |
|---|---|
| Trustee Name: | Lawrence J. Warfield |
| Bank Name: | Independent Bank |
| Checking Acct #: | ******9508 |
| Account Title: | |
| Blanket bond (per case limit): | $82,080,307.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | $28,204.06 | $0.00 | $28,204.06 |

**For the period of 8/15/2017 to 5/16/2019**

| | |
|---|---|
| Total Compensable Receipts: | $57,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $57,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $28,795.94 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $28,795.94 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 08/15/2017 to 5/16/2019**

| | |
|---|---|
| Total Compensable Receipts: | $57,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $57,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $28,795.94 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $28,795.94 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ LAWRENCE J. WARFIELD

LAWRENCE J. WARFIELD

| Case No. | 17-09508-YUM PS | | Trustee Name: | Lawrence J. Warfield |
| --- | --- | --- | --- | --- |
| Case Name: | FALLS, JACK LAVERNE AND FALLS, DELORES JOAN | | Date: | 5/16/2019 |
| Claims Bar Date: | 07/17/2018 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | LAWRENCE J. WARFIELD PO Box 3350 Carefree AZ 85377 | 05/15/2019 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $5,557.38 | $5,497.38 | $0.00 | $0.00 | $0.00 | $5,497.38 |
| **Claim Notes:** | Comp reduced by 60 | | | | | | | | | | | |
| | LAWRENCE J. WARFIELD PO Box 3350 Carefree AZ 85377 | 05/15/2019 | Trustee Expenses | Allowed | 2200-000 | $0.00 | $259.14 | $259.14 | $0.00 | $0.00 | $0.00 | $259.14 |
| | CLERK, US BANKRUPTCY COURT District of Arizona 230 North First Avenue, Suite101 Phoenix AZ 85003-1706 | 05/15/2019 | Clerk of the Court Costs (includes adversary and other filing fees) | Allowed | 2700-000 | $260.00 | $260.00 | $260.00 | $0.00 | $0.00 | $0.00 | $260.00 |
| **Claim Notes:** | REOPENING FEE | | | | | | | | | | | |
| | TERRY A DAKE 20 E Thomas Ste 2200 PHOENIX AZ 85012-3133 | 05/15/2019 | Attorney for Trustee Fees (Other Firm) | Allowed | 3210-000 | $3,080.00 | $3,080.00 | $3,080.00 | $0.00 | $0.00 | $0.00 | $3,080.00 |
| 1 | SOUTHWEST GAS CORPORATION PO Box 1498 Attn Bankruptcy Desk Victorville CA 92393-1498 | 08/28/2017 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $519.52 | $519.52 | $0.00 | $12.54 | $0.00 | $519.52 |
| 2 | UNS ELECTRIC INC UNISOURCE ENERGY PO BOX 711 ATTN: BANKRUPTCY SC122 TUCSON AZ 85702 | 05/17/2018 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $218.29 | $218.29 | $0.00 | $5.27 | $0.00 | $218.29 |

| Case No. | 17-09508-YUM PS | | | | | | | Trustee Name: | Lawrence J. Warfield |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | FALLS, JACK LAVERNE AND FALLS, DELORES JOAN | | | | | | | Date: | 5/16/2019 |
| Claims Bar Date: | 07/17/2018 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | LAKE HAVASU CITY<br><br>2330 MCCULLOCH BLVD NORTH<br>LAKE HAVASU CITY AZ 86403 | 05/21/2018 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $547.63 | $547.63 | $0.00 | $13.21 | $0.00 | $547.63 |
| 4 | GINNY'S<br><br>c/o Creditors Bankruptcy Service<br>P.O. Box 800849<br>Dallas TX 75380 | 05/29/2018 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $526.44 | $526.44 | $0.00 | $12.70 | $0.00 | $526.44 |
| 5 | ATLAS ACQUISITIONS LLC<br>294 Union St.<br>Hackensack NJ 07601 | 06/19/2018 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $3,081.98 | $3,081.98 | $0.00 | $74.36 | $0.00 | $3,081.98 |
| 6 | LVNV FUNDING, LLC ITS SUCCESSORS AND ASSIGNS AS<br>assignee of MHC Receivables, LLC and<br>FNBM, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville SC 29603-0587 | 07/11/2018 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $779.29 | $779.29 | $0.00 | $18.80 | $0.00 | $779.29 |
| 7 | LVNV FUNDING, LLC ITS SUCCESSORS AND ASSIGNS AS<br>assignee of MHC Receivables, LLC and<br>FNBM, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville SC 29603-0587 | 07/11/2018 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $892.13 | $892.13 | $0.00 | $21.53 | $0.00 | $892.13 |

| Case No. | 17-09508-YUM PS | | | | | | Trustee Name: | Lawrence J. Warfield | | | | |
| Case Name: | FALLS, JACK LAVERNE AND FALLS, DELORES JOAN | | | | | | Date: | 5/16/2019 | | | | |
| Claims Bar Date: | 07/17/2018 | | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8 | HAVASU REGIONAL MEDICAL CENTER<br>Resurgent Capital Services<br>PO Box 1927<br>Greenville SC 29602 | 07/11/2018 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,734.00 | $1,734.00 | $0.00 | $41.84 | $0.00 | $1,734.00 |
| 9 | HAVASU REGIONAL MEDICAL CENTER<br>Resurgent Capital Services<br>PO Box 1927<br>Greenville SC 29602 | 07/11/2018 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $75.00 | $75.00 | $0.00 | $1.81 | $0.00 | $75.00 |
| 10 | HAVASU REGIONAL MEDICAL CENTER<br>Resurgent Capital Services<br>PO Box 1927<br>Greenville SC 29602 | 07/11/2018 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $75.00 | $75.00 | $0.00 | $1.81 | $0.00 | $75.00 |
| 11 | HAVASU REGIONAL MEDICAL CENTER<br>Resurgent Capital Services<br>PO Box 1927<br>Greenville SC 29602 | 07/11/2018 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $75.00 | $75.00 | $0.00 | $1.81 | $0.00 | $75.00 |
| 12 | VALLEY VIEW MEDICAL CENTER<br>Resurgent Capital Services<br>PO Box 1927<br>Greenville SC 29602 | 07/11/2018 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $75.00 | $75.00 | $0.00 | $1.81 | $0.00 | $75.00 |
| 13 | LVNV FUNDING, LLC ITS SUCCESSORS AND ASSIGNS AS<br>assignee of GE Money Bank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville SC 29603-0587 | 07/13/2018 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,283.64 | $1,283.64 | $0.00 | $30.97 | $0.00 | $1,283.64 |

| Case No. | 17-09508-YUM PS | | | | | | | | Trustee Name: | Lawrence J. Warfield |
|---|---|---|---|---|---|---|---|---|---|---|
| Case Name: | FALLS, JACK LAVERNE AND FALLS, DELORES JOAN | | | | | | | | Date: | 5/16/2019 |
| Claims Bar Date: | 07/17/2018 | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | JACK LAVERNE FALLS AND DELORES JOAN FALLS 2130 SNEAD DRIVE LAKE HAVASU CITY AZ 86406 | 05/15/2019 | Surplus Funds Paid to Debtor | Allowed | 8200-002 | $0.00 | $8,986.16 | $8,986.16 | $0.00 | $0.00 | $0.00 | $8,986.16 |

**Claim Notes:** Debtor Surplus

| | | | | | | | $28,025.60 | $27,965.60 | $0.00 | $238.46 | $0.00 | $27,965.60 |

| | |
|---|---|
| **Case No.** | 17-09508-YUM PS |
| **Case Name:** | FALLS, JACK LAVERNE AND FALLS, DELORES JOAN |
| **Claims Bar Date:** | 07/17/2018 |

| | |
|---|---|
| **Trustee Name:** | Lawrence J. Warfield |
| **Date:** | 5/16/2019 |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Attorney for Trustee Fees (Other Firm) | $3,080.00 | $3,080.00 | $0.00 | $0.00 | $0.00 | $3,080.00 |
| Clerk of the Court Costs (includes adversary and other filing fees) | $260.00 | $260.00 | $0.00 | $0.00 | $0.00 | $260.00 |
| General Unsecured 726(a)(2) | $9,882.92 | $9,882.92 | $0.00 | $238.46 | $0.00 | $9,882.92 |
| Surplus Funds Paid to Debtor | $8,986.16 | $8,986.16 | $0.00 | $0.00 | $0.00 | $8,986.16 |
| Trustee Compensation | $5,557.38 | $5,497.38 | $0.00 | $0.00 | $0.00 | $5,497.38 |
| Trustee Expenses | $259.14 | $259.14 | $0.00 | $0.00 | $0.00 | $259.14 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:       0:17-BK-09508-PS
Case Name:      JACK LAVERNE FALLS
                DELORES JOAN FALLS
Trustee Name:   Lawrence J. Warfield

|                          |                      |
|--------------------------|----------------------|
| Balance on hand:         | $28,204.06           |

Claims of secured creditors will be paid as follows: NONE

|                                       |             |
|---------------------------------------|-------------|
| Total to be paid to secured creditors: | $0.00      |
| Remaining balance:                    | $28,204.06  |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|------------------|----------------:|-------------------------:|-----------------:|
| Lawrence J. Warfield, Trustee Fees | $5,497.38 | $0.00 | $5,497.38 |
| Lawrence J. Warfield, Trustee Expenses, Expenses | $259.14 | $0.00 | $259.14 |
| Attorney fees , Attorney for Trustee Fees | $19,462.61 | $19,462.61 | $0.00 |
| Goza & Honnold Ethicon Qualified Settlement, Attorney for Trustee Expenses, Expenses | $2,928.48 | $2,928.48 | $0.00 |
| CLERK, US BANKRUPTCY COURT , Clerk of the Court Costs | $260.00 | $0.00 | $260.00 |
| Other: Medicare Lien -, Attorney for Trustee Fees | $3,554.85 | $3,554.85 | $0.00 |
| Other: TERRY A DAKE, Attorney for Trustee Fees | $3,080.00 | $0.00 | $3,080.00 |
| Other: Court Ordered MDL Assessment, Special Counsel for Trustee Fees | $2,850.00 | $2,850.00 | $0.00 |

|                                                        |            |
|--------------------------------------------------------|------------|
| Total to be paid for chapter 7 administrative expenses: | $9,096.52  |
| Remaining balance:                                     | $19,107.54 |

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

|                                                          |            |
|----------------------------------------------------------|------------|
| Total to be paid to prior chapter administrative expenses: | $0.00    |
| Remaining balance:                                       | $19,107.54 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims: $0.00
Remaining balance: $19,107.54

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $9,882.92 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Southwest Gas Corporation | $519.52 | $0.00 | $519.52 |
| 2 | UNS ELECTRIC INC | $218.29 | $0.00 | $218.29 |
| 3 | LAKE HAVASU CITY | $547.63 | $0.00 | $547.63 |
| 4 | Ginny's | $526.44 | $0.00 | $526.44 |
| 5 | Atlas Acquisitions LLC | $3,081.98 | $0.00 | $3,081.98 |
| 6 | LVNV Funding, LLC its successors and assigns as | $779.29 | $0.00 | $779.29 |
| 7 | LVNV Funding, LLC its successors and assigns as | $892.13 | $0.00 | $892.13 |
| 8 | Havasu Regional Medical Center | $1,734.00 | $0.00 | $1,734.00 |
| 9 | Havasu Regional Medical Center | $75.00 | $0.00 | $75.00 |
| 10 | Havasu Regional Medical Center | $75.00 | $0.00 | $75.00 |
| 11 | Havasu Regional Medical Center | $75.00 | $0.00 | $75.00 |
| 12 | Valley View Medical Center | $75.00 | $0.00 | $75.00 |
| 13 | LVNV Funding, LLC its successors and assigns as | $1,283.64 | $0.00 | $1,283.64 |

Total to be paid to timely general unsecured claims: $9,882.92
Remaining balance: $9,224.62

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims

have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $9,224.62 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $9,224.62 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 1.23 percent pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $238.46. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor(s) after payment of all claims and interest is $8,986.16.